UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, YUMA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Sarinana-Amaya, Felipe De Jesus | CRIMINAL COMPLAINT<br>CASE: 13-60967MP |

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense) - Short Form

The Defendant, Sarinana-Amaya, Felipe De Jesus , was represented by counsel, Alfonso Cota (FPD).

The defendant pled guilty to the complaint on 02/19/2013. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | Illegal Entry | 02/16/2013 |

As pronounced on 02/19/2013, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of Time Served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 19 U.S.C. § 3013 is hereby remitted pursuant to 19 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Tuesday, February 19, 2013.

Honorable James Metcalf
United States Magistrate Judge

Arresting Agency: YUM
FBI Number: 867941TD6

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - YUMA** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 02/19/2013         Case Number: 13-60967MP

USA vs. **Felipe De Jesus Sarinana-Amaya**
U.S. MAGISTRATE JUDGE: JAMES METCALF      Judge AO Code: 70BV
ASSIGNED U.S. Attorney: Fredrick Allen Cocio      INTERPRETER REQ'D: Miguel Aguayo
Attorney for Defendant: Alfonso Cota (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **02/17/2013**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Time waived for passage of sentence.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of **TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of right to appeal.

OTHER:      Alfonso Cota (FPD) is appointed as attorney of record for defendant.

                                Recorded by Courtsmart    COP: 2
                                BY: Jocelyn Arviso        Sent: 0
                                    Deputy Clerk          IA: 0

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Sarinana-Amaya, Felipe De Jesus | CRIMINAL COMPLAINT<br>CASE: 13-60967MP<br>Citizenship: MEXICO |
| YOB: 1982 | DOA: 02/17/2013 |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:

That on or about February 16, 2013, near Lukeville, Arizona in the District of Arizona, Defendant Felipe De Jesus SARINANA-Amaya, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near Ajo, Arizona. The citizenship and immigration status of the Defendant was questioned. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near Lukeville, Arizona on February 16, 2013.

02/19/2013                                                                                   at Yuma, Arizona
File Date

                                                                                    _____
                                                                                    Signature of Complainant

Sworn to before me and subscribed in my presence,

Honorable James Metcalf                                        _____
United States Magistrate Judge

                                                                                    Signature of Judicial Officer

FBI Number: 867941TD6